UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1926-GEB-KJN PS<br><br><br>ORDER |

On August 15, 2016, plaintiff filed a motion to proceed *in forma pauperis* in this case. (ECF No. 2.) However, upon closer review of plaintiff's affidavit in support of the motion, the affidavit has not been properly completed. By way of example, although plaintiff indicates that she is currently employed, she does not provide the requested information regarding such employment, including the amount of her salary or wages. Furthermore, although she indicates that she receives income from a business and other sources, she does not provide any details regarding that income. Accordingly, the court denies plaintiff's motion, but without prejudice to submitting a properly-completed amended motion to proceed *in forma pauperis*, if she elects to do so.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice.
2. Within 21 days of this order, plaintiff shall either pay the applicable filing fee or submit a properly-completed amended motion to proceed *in forma pauperis*.
3. Failure to comply with this order by the required deadline may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE