UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER, | No. 2:16-cv-1926-GEB-KJN PS |
| Plaintiff, | |
| v. | ORDER AND |
| SACRAMENTO COUNTY POLICE DEPARTMENT, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

Plaintiff Akika Parker, proceeding without counsel, commenced this action on August 15, 2016. (ECF No. 1.)[1] On October 12, 2016, the court granted plaintiff's amended motion to proceed *in forma pauperis*, but dismissed her complaint with leave to amend. (ECF No. 5.) Plaintiff was given 28 days to file either an amended complaint or a notice of voluntary dismissal of the action. (Id.) Additionally, plaintiff was expressly cautioned that failure to file either an amended complaint or a notice of voluntary dismissal by the required deadline may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). (Id.) Although the applicable deadline has now passed, the court's records show that plaintiff failed to file either an amended complaint or a notice of voluntary dismissal as ordered.

---

[1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

The court has considered whether the action should be dismissed at this juncture. Nevertheless, in light of plaintiff's *pro se* status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause and imposing monetary sanctions. Given that plaintiff is proceeding *in forma pauperis*, the amount of monetary sanctions imposed is necessarily minimal.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of this order, plaintiff shall pay the Clerk of Court $100.00 in monetary sanctions for failure to comply with the court's order.
2. Within 21 days of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute the case.
3. Within 21 days of this order, plaintiff shall file a first amended complaint in compliance with the court's October 12, 2016 order.
4. Alternatively, and in lieu of paying the monetary sanctions, responding to the order to show cause, and filing a first amended complaint, plaintiff may instead file a notice of voluntary dismissal of the action without prejudice within 21 days of this order.
5. Failure to comply with all terms of this order will result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: November 22, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE